No. 351 May 30, 2024 767

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STEPHEN LEE BROWN,
*Plaintiff-Appellant,*

*v.*

Joshua HIGHBERGER,
Superintendent,
Oregon State Correctional Institution,
*Defendant-Respondent.*

Marion County Circuit Court
22CV01974; A181641

David E. Leith, Judge.

Submitted April 16, 2024.

Jason Weber and Equal Justice Law filed the brief for appellant.

Jona J. Maukonen, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Plaintiff appeals from a judgment denying habeas corpus relief. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Plaintiff is an adult in custody. Plaintiff was found to be in possession of forged documents and disciplined. In his replication, plaintiff argued that he was disciplined in retaliation for filing grievances and complaints against prison officials and that his First Amendment rights were violated. After an evidentiary hearing, the trial court entered its judgment denying relief. The trial court found that the issue was moot because plaintiff had completed the sanction, and, on the merits, that there had been no violation of plaintiff's First Amendment rights or retaliation against him for engaging in protected speech.

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).